UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EVANS CHEATOMS, JR.,

    Plaintiff,

v.

CITY OF DETROIT, *et al.*,

    Defendants.

Case No. 22-cv-10410
Hon. Matthew F. Leitman

_____/

## ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (ECF No. 25)

On June 10, 2025, the Court held a hearing on Defendants' motion for summary judgment. (*See* Mot., ECF No. 25.) For the reasons explained on the record during the motion hearing, Defendants' motion is **GRANTED**.

    **IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: June 10, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 10, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

1