UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EVANS CHEATOMS, JR.,

    Plaintiff,

v.

CITY OF DETROIT, *et al.*,

    Defendants.

_____/

Case No. 22-cv-10410
Hon. Matthew F. Leitman

## JUDGMENT

In accordance with the Order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Judgment is entered in favor of Defendants and against Plaintiff.

        KINIKIA ESSIX
        CLERK OF COURT

By:   s/Holly A. Ryan
       Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: June 10, 2025
Detroit, Michigan

1